**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01014-CV

## EQUIPOS DE PERFORACION V, S.A. DE C.V. AND
## LUIS FELIPE TRUEBA, Appellants

### V.

## VAREL INTERNATIONAL IND., L.P., JFM ENTERPRISES, INC., AND JOSE MARIA
## SARACHAGA MARTINEZ GARAITIA MINING S.A. DE C.V., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-05141**

## ORDER

Before the Court is appellants' February 26, 2019 motion to abate to allow the trial court to make findings of fact and conclusions of law. On June 4, 2018, the Honorable Jim Jordan, former presiding judge of the 160th Judicial District Court, signed the order that is the subject of this appeal. Appellants filed a timely request for findings of fact and conclusions of law on June 15, 2018 and a notice of past due findings of fact and conclusions of law on July 6, 2018, making the findings due July 25. *See* TEX. R. CIV. P. 297. Judge Jordan did not file findings of fact and conclusions of law. *See* TEX. R. CIV. P. 297. Judge Jordan was subsequently replaced by the Honorable Aiesha Redmond as a result of an election.

A successor judge may not make findings of fact and conclusions of law when the predecessor judge has been replaced by an election.  *See* TEX. R. CIV. P. 18; TEX. CIV. PRAC. & REM. CODE ANN. § 30.002(b) (allowing a successor judge to make findings of fact and conclusions of law where preceding judge has died, resigned, or becomes disabled during term of office).  The predecessor judge who tried the case may make findings of fact and conclusions of law if his term of office expires during the period prescribed for filing findings of fact and conclusions of law.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 30.002(a); *Ad Villarai, LLC v. Chan II Pak*, 519 S.W.3d 132, 140 (Tex. 2017).

Judge Redmond cannot make findings of fact and conclusions of law because Judge Jordan was replaced by an election.  Judge Jordan cannot make findings of fact and conclusions of law because the time for doing so passed before his term of office expired.  Accordingly, we **DENY** the motion.

/s/     KEN MOLBERG
          JUSTICE